**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**  319 Federal Building and U. S. Courthouse
Chief U.S. Probation Officer  Fayetteville, AR 72701
  479-442-9892
  Fax -479-442-5276

December 3, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

  RE:  BUSICH, Nicholas Louis
   Dkt. No.: 5:94CR50002-001
   **VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of the supervision in the above named case. Mr. Busich was sentenced by the Honorable H. Franklin Waters in Fayetteville, Arkansas, for *Distribution of Cocaine Base and Distribution of Methamphetamine*, on October 20, 1995, to 188 months, 8 year term of supervised release, $12,500 fine, and $100 special assessment. Special conditions included drug testing/treatment and the fine balance to be paid in monthly installments as directed by the probation officer with the entire balance being paid in full prior to the end of supervised release. The offender's term of probation commenced on May 9, 2008.

On November 24, 2008, our office received correspondence from U.S. Probation Officer Graciela Gudino advising that the offender has been unable to make the payment of $131 per month which is required to fulfill the financial obligation prior to expiration of supervision. A copy of the notification of inability to pay financial obligation sent by Officer Gudino has been attached for the Court's review.

A copy of the offender's payment record has been attached for Your Honor's review. Our office respectfully concurs with Officer Gudino's request based on the offender's apparent inability to pay the required amount.

If further information is needed or required, please advise.

Respectfully,  ✓____ Pursue Course of Action as Stated

*[signature]*
Tobey L. Reely  ____ Other _____
U.S. Probation Officer

Reviewed by:

*[signature]*   12/9/08
William E. Dunn, Jr.   _____
Supervising U.S. Probation Officer   Honorable Jimm Larry Hendren   Date
  Chief U.S. District Judge